UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-CR-376-T-33EAJ

KEITH McKINLEY

### ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant KEITH McKINLEY, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant KEITH McKINLEY, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant KEITH McKINLEY.

Dated: Oct 7, 2011

VIRGINIA M. HERNANDEZ COVINGTON
United States District Judge

N:\_Criminal Cases\M\McKinley, Keith, et al_2010R02097_KJP\p_Proposed Order.wpd